Daniel G. Shay (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Plaintiff Pro Se*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. SHAY, | CASE NO. 3:14-cv-01257-L-WVG |
| Plaintiff, | Assigned to the Honorable M. James Lorenz |
| vs. | |
| | **NOTICE OF VOLUNTARY DISMISSAL WITH STIPULATION AS TO CALLFIRE, INC. WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. PRO. 41(A)(1)(A)(II)** |
| CALLFIRE, INC., MIKE ROSE, LLC, THE SPORTS NETWORK, INC., | |
| Defendants. | Complaint Filed:  May 20, 2014<br>Motion Hearing:   August 4, 2014<br>Trial Date:            None |

# NOTICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Daniel G. Shay ("Plaintiff") voluntarily dismisses Defendant CallFire, Inc. ("Defendant") from this action, without prejudice. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (holding plaintiff may dismiss particular defendant if plaintiff files notice of dismissal before such defendant serves an answer and the "dismissal is effective on filing and no court order is required.")

# STIPULATION

Plaintiff and Defendant stipulate as follows:

1. Plaintiff hereby voluntarily dismisses Defendant without prejudice.
2. Plaintiff and Defendant are to bear their own attorney fees and costs.

**IT IS SO STIPULATED.**

Dated:  June 27, 2014                        Respectfully submitted,

LAW OFFICE OF DANIEL G. SHAY

By:  /s/ Daniel G. Shay
Daniel G. Shay, Esq.
*Plaintiff Pro Se*


ARENT FOX, LLP

By:  /s/ Michael L. Turrill
Michael L. Turrill, Esq.
*Attorney for Defendant CallFire, Inc.*

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4 (a)(2)(i), I hereby certify that the content of this document is acceptable to attorney Michael L. Turrill, counsel for defendant CallFire, Inc., and that I have obtained Mr. Turrill's approval for his electronic signature to this document.

Dated: June 27, 2014              By: /s/ Daniel G. Shay
                                  Daniel G. Shay, Esq.
                                  *Plaintiff Pro Se*