Daniel G. Shay, Esq. (SBN 250548)
DanielShay@TCPAFDCPA.com
**LAW OFFICE OF DANIEL G. SHAY**
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Plaintiff Pro Se*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL G. SHAY, | CASE NO. 3:14-cv-01257-L-WVG |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| CALLFIRE, INC., MIKE ROSE, LLC, THE SPORTS NETWORK, INC., | |
| Defendants. | |

1

Notice of Voluntary Dismissal

1  Pursuant to Fed. R. Civ. P. 41, Plaintiff hereby dismisses the above entitled action entirely against all remaining defendants without prejudice.

Respectfully submitted,

Date: September 18, 2014            LAW OFFICE OF DANIEL G. SHAY

By: /s/ Daniel G. Shay
Daniel G. Shay
409 Camino Del Rio South, Suite 101B
San Diego, CA  92108
Telephone: (619) 222-7429
Facsimile:  (866) 431-3292

*Plaintiff Pro Se*

2
Notice of Voluntary Dismissal